[Cite as *Melvin v. Unknown*, 2010-Ohio-4232.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

EDWARD L. MELVIN II

    Plaintiff

    v.

UNKNOWN

    Defendant

    Case No. 2010-03614-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On March 2, 2010, this court issued an entry dismissing the City of Springboro as defendant and requiring the plaintiff to name a state entity as party defendant by filing an amended complaint on or before April 1, 2010. A check of the docket reveals the plaintiff has failed to comply with this court's entry of March 2, 2010. Therefore, plaintiff's case is DISMISSED without prejudice. The court shall absorb the court costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Edward L. Melvin II
2566 Rockcastle Court

Case No. 2010-03614-AD        - 2 -        ENTRY

Case No. 2010-03614-AD        - 2 -        ENTRY

Miamisburg, Ohio 45342

DRB/laa
Filed 5/4/10
Sent to S.C. reporter 9/2/10